UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JESSIE MAUMBURUDZE, | | |
| | ) | CASE NO: 1:26-cv-02523 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Judge John R. Adams |
| KEVIN RAYCRAFT, et al., | ) | |
| Respondents. | ) | **ORDER** |
| | ) | |
| | ) | |

Petitioner's petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (DocS. 1, 3) is pending before the Court. Respondent **shall answer** and/or oppose the pending §2241 petition by no later than **12:00 pm on October 7, 2026**. Respondent shall further explain to the Court the applicability of the Sixth Circuit Court of Appeals' decision in *Lopez-Campos, et al. v. Raycraft, et al*., 175 F.4th 713 (6th Cir. May 11, 2026).

**Absent further Order of this Court, Petitioner shall not be removed from this District.**

IT IS SO ORDERED.

September 29, 2026
Date

*/s/John R. Adams*
John R. Adams
U.S. District Judge